```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18098
   BELISSA WILSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5737


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/03/2007 and was confirmed 11/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/06/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
 WELLS FARGO BANK           MORTGAGE ARRE    3600.00              .00            .00
 NISSAN MOTOR ACCEPTANCE    SECURED VEHIC   19946.00          1105.37            .00
 NISSAN MOTOR ACCEPTANCE    UNSECURED         821.38              .00            .00
 TCF BANK                   UNSECURED       NOT FILED             .00            .00
 GA FINANCIAL TRUST         UNSECURED       NOT FILED             .00            .00
 AGD FINANCIAL TRUST        UNSECURED       NOT FILED             .00            .00
 ASSET ACCEPTANCE LLC       UNSECURED         766.56              .00            .00
 ROBERT B SMITH DDS         UNSECURED       NOT FILED             .00            .00
 AFFIRMATIVE INSURANCE      UNSECURED       NOT FILED             .00            .00
 SAFEWAY                    UNSECURED       NOT FILED             .00            .00
 ECHO                       UNSECURED       NOT FILED             .00            .00
 WELL GROUP HEALTH PARTNE   UNSECURED       NOT FILED             .00            .00
 ST JAMES RADIOLOGISTS      UNSECURED       NOT FILED             .00            .00
 FIRST NATIONAL CREDIT CA   UNSECURED       NOT FILED             .00            .00
 MIDWEST PHYSICIAN GROUP    UNSECURED       NOT FILED             .00            .00
 JP MORGAN                  UNSECURED       NOT FILED             .00            .00
 JP MORGAN                  UNSECURED       NOT FILED             .00            .00
 ST JAMES OLYMPIA FIELDS    UNSECURED       NOT FILED             .00            .00
 SBC                        UNSECURED       NOT FILED             .00            .00
 OMNI CREDIT SERVICES       UNSECURED         423.60              .00            .00
 DRIVE FINANCIAL SVC        FILED LATE      17638.81              .00            .00
 PLAINS COMMERCE BANK       UNSECURED       NOT FILED             .00            .00
 SEARS BANKRUPTCY RECOVER   UNSECURED       NOT FILED             .00            .00
 ASSET ACCEPTANCE LLC       UNSECURED          74.03              .00            .00
 ASSET ACCEPTANCE LLC       UNSECURED         678.65              .00            .00
 WELLS FARGO BANK           CURRENT MORTG        .00              .00            .00
 ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      10.50              .00          10.50
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,500.00                        3,418.77
 TOM VAUGHN                 TRUSTEE                                            368.86
 DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
```

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 18098 BELISSA WILSON

```
-------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   4,903.50

PRIORITY                                          10.50
SECURED                                              .00
     INTEREST                                  1,105.37
UNSECURED                                            .00
ADMINISTRATIVE                                 3,418.77
TRUSTEE COMPENSATION                             368.86
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                    4,903.50             4,903.50
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 01/26/09         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE











                              PAGE   2
        CASE NO. 07 B 18098 BELISSA WILSON